UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**BRACEY MYLES**

**VERSUS**

**THE STATE OF GEORGIA BAR, ET AL.**

**CIVIL ACTION**

**NO. 20-782-JWD-EWD**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated September 22, 2021 (Doc. 18), to no objection was filed,

**IT IS ORDERED** that this case is DISMISSED WITHOUT PREJUDICE.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>October 12, 2021</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**